

FILED
JUN 12 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00108-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | I N F O R M A T I O N |
| ) | |
| BILLY RAY WELLS ) | |

The United States Attorney charges:

From in or about January 2018, to on or about March 19, 2018, in the Eastern District of North Carolina, and elsewhere, the defendant, BILLY RAY WELLS, did hire Jesus Cervantez-Ruiz, an alien, for employment in the United States knowing that Jesus Cervantez-Ruiz was an unauthorized alien, as defined in Title 8 United States Code, Section 1324a(h)(3), with respect to such employment.

All in violation of Title 8, United States Code, Section 1324a(a)(1)(A).

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A) all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in this Criminal Information, the defendant shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the said offense; any property, real or personal, constituting, or derived from, or traceable to any proceeds the defendant obtained, directly or indirectly, from the commission of the said offense; and any property used, or intended to be used, to facilitate the commission of the said offense.

The forfeitable property includes, but is not limited to, proceeds and/or facilitating Property valued at least $5,000.00.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney