# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – U.S. DISTRICT COURT

BY: [ ] COMPLAINT   [X] INFORMATION   [ ] INDICTMENT

Name of District Court, and/or Magistrate Judge Location (City)
U.S. District Court-EDNC
No. 7:10-CR-108   Division Southern

**OFFENSE CHARGED**
See attached
[ ] Petty
[ ] Minor
[■] Misdemeanor
[ ] Felony

DEFENDANT - U.S. vs.
BILLY RAY WELLS
Address: 16081 NC Highway 131 Bladenboro, NC 28320

Place of Offense: Bladen County
U.S.C. Citation: See attached

Birth Date: 12/16/1959   [X] Male   [ ] Female   [ ] Alien

(Optional unless a juvenile)
SSN: 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   **DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title if any)
Thomas Swivel, H S I

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40, Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
[ ] U.S. Atty   [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under:
MAGISTRATE CASE NO.

[X] TARGET LETTER ISSUED

Name and Office of Person Furnishing Information on THIS FORM: Julie King
[X] U.S. Atty.   [ ] Other U.S. Agency

Name of Asst. U.S. Atty. (if assigned): Sebastian Kielmanovich

**IS NOT IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges:
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction   [ ] Fed'l   [ ] State
6) [ ] Awaiting trial on other charges

Has detainer been filed?   [ ] Yes   [ ] No
If "Yes" give date filed
Month   Day   Year

DATE OF ARREST
Of...if Arresting Agency & Warrant were not Federal
Month   Day   Year

DATE TRANSFERRED TO U.S. CUSTODY

[ ] This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
PENALTY: See attached.
WITNESS: Thomas Swivel, HSI
BOND:

NAME: BILLY RAY WELLS    CASE NO. 7:18-CR-108-    Date: 06/12/2018

## Count One: Unlawful Employment of an Alien; 8 U.S.C. § 1324a(a)(1)(A)

*Penalty:*

| | |
|---|---|
| Not more than 6 months imprisonment | 8 U.S.C. § 1324a(a)(1)(A) |
| A fine not more than $3,000 for each unauthorized alien | 8 U.S.C. § 1324a(a)(f)(1) |
| $10 special assessment | 18 U.S.C. § 3013(a)(1)(A)(ii) |
| Restitution | 18 U.S.C. 3663, 3663A and 3664 |

Forfeiture Notice: \_\_\_ No    _X_ Yes

To be dismissed at sentencing: _____

Release Status:    \_\_\_ in Custody        _____ On Bond
Detain: _____
Release: _____
Conditions:

Victims : _X_ No    \_\_\_ Yes

AUSA: Sebastian Kielmanovich

Defense Counsel: Helen L. Parsonage