

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*　　*Telephone (919) 856-4530*
*310 New Bern Avenue*　　*Criminal FAX (919) 856-4487*
*Suite 800*　　*Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*　　*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:     May 8, 2018

TO:       Clerk's Office
          United States District Court
          Raleigh, North Carolina

FROM:     SEBASTIAN KIELMANOVICH
          Assistant United States Attorney
          Criminal Division

SUBJECT:  <u>United States v. Billy Ray Wells</u>
          Docket No. 7:18-CR-109    - Southern Division

　　The above-named case is being presented for a criminal information. The information charges the defendant with knowingly hiring an unauthorized alien, in violation of Title 8, United States Code, Section 1324a(a)(1)(A).

　　Previously filed indictments in <u>United States v. Jesus Cervantez-Ruiz</u>, 5:17-CR-24-FL, and <u>United States v. Jesus Cervantez-Ruiz</u>, 7:18-CR-69-FL, are related to the above-named case in that they relate to the same series of transactions involving illegal reentry and the hiring of an illegal alien. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
                          (for) ROBERT J. HIGDON, JR.
                          United States Attorney