**THIS REPORT IS PROVIDED FOR THE PURPOSE OF BAIL DETERMINATION ONLY AND SHALL OTHERWISE BE CONFIDENTIAL PURSUANT TO 18 U.S.C. § 3153(c)(1) AND THE CONFIDENTIALITY REGULATIONS ISSUED BY THE DIRECTOR OF THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS ON JUNE 10, 1985. REPRODUCTION OF THIS DOCUMENT IS PROHIBITED, THIS REPORT IS NOT A PUBLIC RECORD, AND THE CONTENT MAY NOT BE DISCLOSED TO OTHER PERSONS.**

## PRETRIAL SERVICES REPORT

| District/Office<br>Eastern District of North Carolina/New Bern | Charge(s) (Title, Section, and Description)<br>**Criminal Information**: Unlawful Employment of an Alien<br>8 U.S.C. § 1324a(a)(1)(A) |
|---|---|
| Judicial Officer<br>Honorable Robert B. Jones, Jr.<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>7:18CR00108-1FL | |

## DEFENDANT

| Name<br>Billy Ray Wells | Age<br>63 | Sex<br>Male |
|---|---|---|
| Other Names on Charging Document | Citizenship: U.S. Citizen | |
| | Employer/School<br>Callihan and Wells, Incorporated (owner) | |
| Address<br>16081 North Carolina Highway 131 South<br>Bladenboro, NC 28320 | Employer/School Address<br>16081 North Carolina Highway 131 South<br>Bladenboro, NC 28320 | |
| At Address Since<br>1986 | Time in Community of Residence<br>life | Monthly Income<br>$5,286 | Time with Employer/School<br>38 years |

**INTRODUCTION:**

The defendant was interviewed on July 6, 2018, in Raleigh, North Carolina. Verifications were obtained from the defendant's wife, Sandra Wells; his brother, Jimmy Wells; the Bladen County, North Carolina, Tax Assessor's Office; the North Carolina Secretary of State; and an automated criminal history inquiry.

**SECURITY THREAT GROUP:**

None known.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

Unless otherwise noted, the following information was verified by the defendant's brother, Jimmy Wells.

Billy Ray Wells was born on December 16, 1954, in Whiteville, North Carolina, to the marital union of Hubbard Lee Wells and Mary Elizabeth Wells (nee Powers). The defendant's father passed away in 1979, at the age of 58, due to heart disease. The defendant's mother, 87, is retired and resides in Bladenboro, North Carolina. Wells identified six siblings as Jimmy Wells, 71, of Columbus County, North Carolina; Dewey Wells, 68, of Niceville, Florida; Mary Sue Redzuk, 70, of Bladenboro; Joann Green, 69, of Austin, Texas; Brenda Valentine, 66, of Bladenboro; and the late Roger Wells. The defendant has regular contact with his mother and shares a close relationship with her. He also shares a close relationship with his brother, Jimmy; however, the status of his relationship with his other siblings is not known.

Wells was raised by his parents in a home without any type of abuse or neglect, and where his basic necessities were provided. Born in Whiteville, the defendant moved to Bladenboro in 1980, where he has since remained. At the age of 23, Wells married Tina White in Dillon County, South Carolina. They separated one year later and subsequently divorced. Natasha Wells, 38, was born to their union, and she currently resides in Whiteville. In June 1986, the defendant married his current wife, Sandra Wells (nee Lupo). Mrs. Wells, 54, is employed as an officer manager in Whiteville. Three children were born to their union: Carolina Wells, 30; Daniel Wells, 27; and Matthew Wells, 24. The defendant and his wife currently reside in a home they own in Bladenboro. Their two sons reside in the home, as well.

The defendant graduated from West Columbus High School in Cerro Gordo, North Carolina, in 1972. He has not since furthered his education.

**TRAVEL/PASSPORT:**

The following information provided by the defendant is unverified.

The defendant reported that he does not have a United States passport. He reported international travel to Canada in 2014 or 2015; and domestic travel to Tennessee, South Carolina, and Las Vegas.

**THIRD PARTY CUSTODIAN:**

The defendant's wife, Sandra Wells, is willing to serve as the defendant's third-party custodian. Mrs. Wells is employed full-time as an office manager. Mrs. Wells and the defendant reside together in a home they own in Bladenboro. Their two sons also reside in the home and own hunting rifles; however, the defendant is charged with a misdemeanor, so the firearms should not be an issue. A record check conducted on Mrs. Wells revealed no criminal history. A record check conducted on the defendant's sons, Daniel and Matthew Wells, revealed only minor traffic convictions.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

Unless otherwise noted, the following information provided by the defendant is unverified.

<u>1980 to present</u>: The defendant is the owner of Callihan and Wells, Incorporated, a septic tank repair company based in Bladenboro. Wells earns approximately $80,000, yearly. The business was previously owned by the defendant's late step-father. NCSOS records indicate the business was formed in 1987 and that Wells is the current registered agent.

<u>1970 to 1980</u>: Wells was reportedly employed for several years as an assistant manager at Lee's Gas Station in Whiteville, and a maintenance worker at Mount Vernon Mills in Clarkton, North Carolina. The defendant could not recall his wages or the exact years of employment.

**Finances:**

The following information was verified by the defendant's wife, Sandra Wells; and the Bladen County Tax Assessor's Office. Notably, the defendant also reported two life insurance policies with Woodmen Life; however, there does not appear to be a cash surrender value.

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| First Citizens checking account | $3,000.00 | Credit Card | $1,500.00 |
| First Citizens checking account | $1,600.00 | Credit Card | $4,000.00 |
| First Citizens savings account | $17,000.00 | First Citizens equity loan | $5,000.00 |
| First Citizens savings account | $21,000.00 | Vehicle loan – New Holland backhoe | $15,000.00 |
| Woodmen Life (IRA) | $75,000.00 | Personal Loans – Kubota lawnmower | $4,700.00 |
| BB&T (401K) | $100,000.00 | | |
| First Citizens checking account | $20,000.00 | | |
| 1935 Ford | $20,000.00 | | |
| 2007 Ford Mustang | $20,000.00 | | |
| 1987 Harley Davidson | $8,000.00 | | |
| 16081 NC Highway 131 South Bladenboro, NC 28320 | $197,520.00 | | |
| Land (Storms Road, Bladenboro) | $5,000.00 | | |
| 2007 Ford F150 | $8,000.00 | | |
| 2007 GMC Yukon | $10,000.00 | | |
| 2004 Nissan Altima | $1,500.00 | | |
| 2013 New Holland backhoe | $15,000.00 | | |
| 1996 Dump truck | $18,000.00 | | |
| 1994 Massey Ferguson mower | $6,000.00 | | |
| 2007 Kenworth tractor trailer | $20,000.00 | | |
| Business – Callihan and Wells (unknown value) | $0.00 | | |
| Kubota Lawnmower | $17,000.00 | | |
| **Total** | **$583,620.00** | **Total** | **$30,200.00** |
| **Estimated Net Worth: $553,420** | | | |
| | | | |
| **Monthly Income** | **Amount** | **Expenses** | **Amount** |
| Net Income | $2,586.00 | Groceries and Supplies | $500.00 |
| Spouse Income | $2,700.00 | Utilities | $310.00 |
| | | Telephone | $100.00 |
| | | Cable | $45.00 |
| | | Auto Insurance | $300.00 |
| | | Health Insurance | $1,000.00 |

|  |  | Homeowner Insurance | $165.00 |
|  |  | Credit Card Minimum Payments | $100.00 |
|  |  | Loan Payment (backhoe) | $994.00 |
|  |  | Loan Payment (lawn mower) | $344.00 |
| **Total** | $5,286.00 | **Total** | $3,858.00 |
| **Estimated Monthly Cash Flow: $1,428.00** | | | |

**HEALTH:**

Unless otherwise indicated, the following information was verified by the defendant's brother, Jimmy Wells.

**Physical Health:**

The defendant takes medication, daily, for high blood pressure and high cholesterol. He also reported that he periodically suffers from kidney stones. He is otherwise healthy.

**Mental Health:**

The defendant indicated no history of mental or emotional health issues.

**Substance Abuse:**

Wells reported no substance abuse history or treatment for such. He has consumed approximately one beer, twice weekly, since the age of 18.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant.

**PENDING CHARGES:** None.

**OTHER ARRESTS:**

In 2007, the defendant was charged with No Medical Card (07CR701650) in Columbus County, North Carolina. The charge was later dismissed because the defendant was found to be in compliance.

**ASSESSMENT OF NONAPPEARANCE:**

There are no known factors indicating the defendant poses a risk of nonappearance.

**ASSESSMENT OF DANGER:**

There are no known factors indicating the defendant poses a risk of danger to the community.

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, I respectfully recommend the defendant be released on a personal recognizance bond with no pretrial supervision.

        Respectfully submitted,

        /s/ Shannon Davidson
        U.S. Probation Officer

Approved:

/s/ Mary K. Parker
Senior U.S. Probation Officer

5010733
8/17/2018 2:56 PM